UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**YAKOV REZNIK**,

    Plaintiff,

    v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION**,

    Defendant.

Case No. 15-cv-02419-YGR

**ORDER DENYING MOTION TO DISMISS, SETTING STATUS CONFERENCE**

Re: Dkt. No. 25

For the reasons stated on the record at the October 6, 2015 hearing, defendant's motion to dismiss (Dkt. No. 25) is **DENIED**.

Defendant shall file its motion for summary judgment by **November 3, 2015**. By **November 9, 2015**, the parties shall file a joint statement regarding scheduling. The Court **SETS** a status conference for **November 16, 2015** at **2 p.m.**, which may be vacated if the parties stipulate to a proposed schedule in their joint statement.

This Order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**