UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKOV REZNIK,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | Case No. 15-cv-02419-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having considered the parties' jointly proposed case schedule (Dkt. No. 39), the Court hereby **SETS** the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Deadline for Parties' Disclosures | November 23, 2015 |
| Briefing Schedule for Defendant's Motion for Summary Judgment on Plaintiff's Individual Claims | Filed on: November 3, 2015<br>Opposition: January 26, 2016<br>Reply: February 9, 2016 |
| Hearing on Defendant's Motion for Summary Judgment on Plaintiff's Individual Claims | March 1, 2016, at 2:00 p.m. |
| Private Mediation Deadline | April 15, 2016 |
| Close of Non-Expert Discovery | June 3, 2016 |
| Expert Designations | Opening: June 10, 2016<br>Rebuttal: July 8, 2016<br>Expert Depositions on or before: August 5, 2016 |
| Briefing Schedule on Class Certification | To be filed on: August 12, 2016<br>Opposition: September 2, 2016<br>Reply: September 16, 2016 |

| | |
|---|---|
| Briefing Schedule for Summary Judgment Motions on Class Claims | To be filed on: August 12, 2016 <br> Opposition: September 2, 2016 <br> Reply: September 16, 2016 |
| Hearing on (1) Class Certification and (2) Summary Judgment on Class Claims | September 30, 2016 |
| Compliance Hearing (See Below) | December 16, 2016 |
| Joint Pretrial Conference Statement | December 20, 2016 |
| Pre-Trial Conference | January 13, 2017, at 9:00 a.m. |
| Trial Date | February 6, 2017 at 8:30 a.m. for a jury trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, December 16, 2016, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page joint statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

Pursuant to the parties' stipulation (Dkt. No. 23), the parties are **REFERRED** to private mediation to be completed by April 15, 2016. The parties shall provide the Court with the name of an agreed-upon mediator by **December 4, 2015**, by filing a joint statement. A compliance hearing regarding the same shall be held on Friday, **December 11, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing

2

Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge