UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YAKOV REZNIK**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION**,<br><br>　　　　Defendant. | Case No. 15-cv-02419-YGR<br><br>**JUDGMENT** |

The Court having granted the Motion of Defendant International Business Machines Corporation ("IBM") for summary judgment, it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Defendant IBM and against Plaintiff Yakov Reznik. Plaintiff shall take nothing by his complaint.

**IT IS SO ORDERED.**

Dated: June 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**